JEFFREY K. STARNES
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 3447
Great Falls, MT 59403
119 First Ave. N., Suite 300
Great Falls, MT  59401
Phone:  (406) 761-7715
Fax:  (406) 453-9973
E-mail:  jeff.starnes@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. REX WU, JR., Defendant. | CR 25-19-BU-DLC <br><br> INFORMATION <br><br> CYBERSTALKING <br> Title 18 U.S.C. §§ 2261A(2)(B) and 2261(b) <br> (Penalty:  Five years of imprisonment, $250,000 fine, and three years of supervised release) |
|---|---|

THE UNITED STATES ATTORNEY CHARGES:

That beginning in or before February 2023, and continuing through November 2024, at or near Bozeman, in Gallatin County, in the State and District of Montana, and elsewhere, the defendant, REX WU, JR., with the intent to harass, intimidate, and place under surveillance with intent to harass and intimidate, Student 1, a student at Montana State University, used an interactive computer service, electronic communication service, electronic communication system

1

of interstate commerce, and other facilities of interstate and foreign commerce, to engage in a course of conduct that caused, or would reasonably be expected to cause, substantial emotional distress to Student 1, in violation of 18 U.S.C. § 2261A(2)(B).

DATED this 17th day of June 2025.

_____
JEFFREY K. STARNES
Assistant U.S. Attorney

_____
KURT G. ALME
United States Attorney

_____
CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney