**JEFFREY K. STARNES**
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 3447
Great Falls, MT  59403
119 First Ave. North, Suite 300
Great Falls, MT  59403
Phone:  (406) 761-7715
FAX:  (406) 453-9973
E-mail:   Jeff.Starnes@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  Plaintiff,  vs.  **REX WU, JR.,**  Defendant. | CR 25-19-BU-DLC  OFFER OF PROOF |

**PLEA AGREEMENT**

The parties have entered into a plea agreement pursuant to Rules 11(c)(1)(A) and (B) of the *Federal Rules of Criminal Procedure*.  The defendant agrees to waive indictment, to plead guilty to an information that charges the felony offense of cyberstalking, in violation of 18 U.S.C. §§ 2261(A)(2)(B) and 2261(b), to forfeit

1

certain items of property, and to pay restitution in an amount determined by the Court at sentencing. In exchange for the defendant's guilty plea, the government agrees not to charge the defendant with any other offense known to the United States at the time the parties signed the plea agreement.

The United States presented all formal offers to the defendant in writing and extended one formal plea offer in this case. The plea agreement represents, in the government's view, the final and the most favorable offer extended to the defendant in this case. *See Missouri v. Frye*, 566 U.S. 134, 145-46 (2012).

## PENALTIES

Cyberstalking, as charged in the information, carries a maximum penalty of five years of imprisonment, a $250,000 fine, three years of supervised release, and a $100 special assessment.

## ELEMENTS

To prove the defendant guilty of cyberstalking, as charged in the information, the United States must prove the following elements beyond a reasonable doubt:

- <u>First</u>, the defendant used an interactive computer service, electronic communication service, electronic communication system of interstate commerce, or other facility of interstate and foreign commerce to engage in a course of conduct;

- <u>Second</u>, the defendant did so with the intent to harass, intimidate, or place under surveillance with the intent to harass or intimidate another person; and,

- <u>Third</u>, the course of conduct caused, attempted to cause, or would be reasonably expected to cause "substantial emotional distress" to the other person.

## ANTICIPATED EVIDENCE[1]

If this case were tried in United States District Court, the United States would prove the following:

On February 16, 2023, a detective with Montana State University (MSU) Police Department contacted the FBI to report that a potentially threatening communication had been sent to the Queer Straight Alliance (QSA), an LGBTQ+ student group on the MSU campus. The email, sent from ProtonMail account "tpusaatmontanastate@protonmail.com," contained the subject line "Killing all the groomers and faggots." The email read:

> "Sinners of the QSA you must repent and turn to god, not the god that supports isis terrorists and sharia law but the white god of Christianity. If you do not call off your grooming party of young children tonight, we will send someone to the Rialto and send everyone present to an early death in hell."

On February 23, 2023, QSA received a second email, this time from ProtonMail account "tpusainc@proton.me." The subject line read "Repent the grooming children" and the email stated:

---

[1] The United States notes that the statement of evidence in this offer of proof does not reflect all evidence that the United States possesses against the defendant, but only a summary sufficient to ensure the defendant's guilty plea is provident. The United States reserves the right to present additional evidence against the defendant if this case were to proceed to trial.

3

"Sinners, you may have been able to coerce some of us into silence but a majority of Montanan's along with our founder Charlie Kirk will always be against your satanic ways. True Montanan's will not stop until we expel all the groomers and colored people from our campus and great state!

On March 10, 2023, Student-1, a female MSU student of Asian descent who was affiliated with the QSA, received an email from ProtonMail account "DARIA_DD78@proton.me." The email subject line was "killing the chink," and the email read: "Hi Chink I have people watching your house day and night. One of these days you will get what's coming to you. This isn't Missoula in real Montana we kill gooks like you."

The following week, Student-1 planned an "Anti-Hate Teach-In" at MSU. Rex Wu assisted Student-1 with planning the event. As part of the preparation for the event, Student-1 disseminated Google Forms to prospective attendees. On March 19, 2023, Student-1 reported the email she received to the FBI. That evening, Student-1 observed a response in one of the Google Forms. The form contained a weblink to a digital file that contained a pornographic anime image. The link also contained the phrase "All inferior races will be turned into faggots!" Also included in the response was a message that read, "My friends in the CS department have told me [Student-1] will be at this event. You better watch out we know where you live chink." Several hours later, Student-1 was contacted by Domino's Pizza in Bozeman, which inquired if she wanted the pizza that had been

4

ordered online to her address. The name on the pizza order was the same name provided on the Google Form. As a result of receiving the email threat, the digital image imbedded in the Google Form, and a pizza ordered to her residence, Student-1 left the state for approximately two weeks.

On April 23, 2023, Student-1 contacted the FBI to report that she found a file that had been placed on the desktop of her laptop containing an image of a figure dressed in white Ku Klux Klan robes standing in front of a burning cross. On June 7, 2023, Student-1 received an email from ProtonMail account "patriotfrontmt@proton.me." The subject line was "Asain [sic] Feminization." The email read, "Faggots want to groom white children we wont [sic] stand for this we will turn all asains [sic] into submissive faggots like sayori ling anderson." On June 11, 2023, Student-1 received an email from ProtonMail account "media2risemt@proton.me." The subject line was "grooming the gooks." The email read, "Gooks have repeatedly pushed for white children to be groomed now white folks in montana [sic] have started grooming pathetic gooks like you." Attached to the email were four pornographic video files of what appeared to be nude transsexuals.

Between June 22 and June 26, 2023, Student-1 received four emails from ProtonMail account "asianhatecommittee@proton.me."

- The first email, titled "response to antihate committee and grooming kids," stated: "hello chink our party has just made a discord server to talk about

your party working towards grooming the white kids of the great state of montana [sic]. We will not stand for the injustice and will now use your agenda to groom chinks like you."

- The second email, titled "WERE [sic] WATCHING YOU," stated: "tsk tsk little chink you aren't safe in those signal group chats. We have one of our officers on the inside watching your every move. In fact we just got into your iphone and our man on the inside wanted us to send you a video of him cumming to the fact that we will soon make turtle soup out of your turtles and force feed them to you just like the white people did the chinks back in the day." Attached to the email was a video file of what appeared to be a male, framed from the chest down, masturbating.

- The third email, titled "Chinky Faggot," stated: "Chinky chinky we found another one of your alternative accounts in our server! See you soon at the black olive chink." At this time, Student-1 lived at an apartment complex called "Black Olive."

- The fourth email, titled "Queer Attack," stated: "we are coming for the chink children." The email contained a video file of what appeared to be a group of individuals chanting, "We're here. We're queer. We're coming for your children."

On July 11, 2023, Student-1 received an email from ProtonMail account "neelsignh69@proton.me." The email was titled "Long Live Hindustan" and stated, "Chink we will make you worship some cute densi [sic] feet and we will also push the Chinese back so Hindustan can properly claim chink island with our American allies." Attached to the email was an animated image of a figure dressed in a colonial uniform receiving oral sex from an indigenous person.

Subscriber information for the "patriotfrontmt@proton.me" account had an associated Gmail address of "afung9300@gmail.com." Subscriber information for the afung9300@gmail.com showed that when the account was created, an internet

6

protocol (IP) address was recorded that returned to a female Spectrum Communications subscriber in Bozeman. The FBI interviewed the subscriber and learned that Rex Wu became her roommate in early June 2023. The subscriber ultimately moved out after her relationship with Wu deteriorated, but Wu continued to live at the residence.

Investigation of the "afung" name revealed that in February 2023, the Chinese Culture Club at MSU, of which Wu was the president at that time, participated in a university-wide fundraiser. The fundraising page for the club indicated that Wu donated $25.00 and an "Alan Fung" donated $100.00. Records provided in response to a subpoena showed that both donations were made from the same Visa credit card, and the donation for "Alan Fung" had an associated email address of "chilldraha89@gmail.com." Subscriber information for "chilldraha89@gmail.com" identified the owner of that account as Rex Wu.

In November 2024, Student-1 contacted the FBI to report that she had recently created an account on Bluesky, a new social media platform that is similar to X (formerly Twitter). In reviewing her Bluesky account, Student-1 observed another Bluesky account "following" her named "asiansissy4bwc.bsky.social." The description for that account profile stated, "I love BWC, humiliation by BWC, and women humiliating me with their feet." Student-1 relayed to the FBI that she reviewed those accounts that "asiansissy4bwc" followed, and that her account

appeared to be the only non-pornographic account. Subscriber information obtained from Bluesky for the "asiansissy4bwc.bsky.social" account had the email account "sidrice12345@gmail.com" associated with it. This email address was previously identified by the FBI as belonging to Rex Wu. The IP addresses associated with the BlueSky account "asiansissy4bwc.bsky.social" in November and December 2024 returned to Spectrum Communications subscriber Rex Wu.

On February 27, 2025, the FBI interviewed Wu at his home in Bozeman. Wu admitted to sending various harassing emails to Student-1.

## CONCLUSION

The United States would have presented the above evidence through the testimony of law enforcement, lay and expert witnesses, and through the introduction of various exhibits.

DATED this 18th day of June 2025.

JEFFREY K. STARNES
United States Attorney

*/s/ Jeffrey K. Starnes*
JEFFREY K. STARNES
Assistant U.S. Attorney